

# In the Missouri Court of Appeals
# Eastern District

MAY 10, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1. ED102912   ROBERT E. JAMISON, APP V STATE OF MISSOURI, RES

2. ED102922 STATE OF MISSOURI, RES V COURTNEY ANN CARRINO, APP

3. ED103488 JAMES LUTES, APP V SECOND INJURY FUND, RES


**CORRECTION(S)**:

1. ED103113 CYNTHIA A. KANE, RES V JOHN M. KANE, JR., APP